THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PATENT ARMORY INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**3SHAPE INC.,**<br><br>Defendant. | CASE NO. 1:23-CV-00950-CFC<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

### AMENDED PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and the Court's Standing Order Regarding Disclosure Statement Required by Federal Rule of Civil Procedure 7.1, Plaintiff Patent Armory Inc. ("Plaintiff") states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock. **Plaintiff's sole member and owner is Jeffrey M. Gross.**

Date: September 8, 2023

Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
Phillips, McLaughlin & Hall, P.A.
1200 North Broom Street
Wilmington DE, 19806
(302) 655-4200
JCP@PMHDELaw.com
MCH@PMHDELaw.com

- 2 -

>Isaac Rabicoff
>Rabicoff Law LLC
>(*pro hac vice forthcoming*)
>600 Mamaroneck Ave STE 400
>Harrison, NY 10528
>Tel. (773) 669-4590
>issac@rabilaw.com
>
>***Attorneys for Plaintiff***
>***Patent Armory Inc.***